■ THE PEOPLE OF THE STATE OF NEW YORK v. HERBERT WHITE.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Miss Florence M. Kelley of 100 Centre Street, New York, New York, is assigned as counsel for the appellant for the purposes of the appeal. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HERBERT WHITE.— Motion dismissed, having become academic by virtue of the decision of this court in *People* v. *White* (8 A D 2d 723). Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ In the Matter of NOSTRA REALTY CORP. against STEVEN GARRY.— Motion for stay denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ In the Matter of TOOZ REALTY CORP. against STEVEN GARRY.— Motion for stay denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

## SECOND DEPARTMENT, MAY, 1959

## (May 4, 1959)

■ TEDDY BERGQUIST, Respondent, v. ERIE RAILROAD COMPANY, Defendant and Third-Party Plaintiff-Appellant. WILLIAM SPENCER & SON CORP., Third-Party Defendant-Respondent.— Motion by third-party plaintiff-appellant for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ EVELYN BRODY, Respondent, v. BARNIE BRODY et al., Appellants.— Motion to dismiss appeals granted, without costs, and appeals dismissed. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ In the Matter of ABRAHAM A. HILTZIK et al., Appellants, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ LONG ISLAND COLLEGE HOSPITAL, Plaintiff, v. ABRAHAM B. HERTZ, Defendant and Third-Party Plaintiff-Respondent. ASSOCIATED HOSPITAL SERVICE OF NEW YORK, Third-Party Defendant-Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ LENA B. SMITH et al., Appellants, et al., Plaintiff, v. DAVID GOLDMAN, Respondent. DAVID GOLDMAN et al., Plaintiffs, v. LENA B. SMITH, Defendant. — Motion to dismiss appeal granted, without costs, and appeal dismissed. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ MURRAY TOBIN, Appellant, v. W. T. GRANT COMPANY, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.